RECEIVED IN ALEXANDRIA, LA.
JUN 12 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

CHRISTOPHER E. McNEIL          CIVIL ACTION NO. 09-0166
    FED. REG. #06607-046
                               SECTION P
VS.
                               JUDGE DRELL
JOE KEFFER, WARDEN
                               MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because petitioner failed to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___11___ day of June, 2009.

                                    DEE D. DRELL
                                    UNITED STATES DISTRICT JUDGE