

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER E. MCNEIL,<br>      Petitioner | CIVIL ACTION<br>NO. CV09-0166-A |
| VERSUS | |
| JOE KEFFER, WARDEN,<br>      Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that McNeil's motion for judicial notice of an adjudicative fact (Doc. 5) is GRANTED, and that McNeil's motion for reconsideration, alteration, or amendment of judgment (Doc. 12) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2ⁿᵈ day of December, ~~November~~, 2009.

                                                      DEE D. DRELL<br>
                                 UNITED STATES DISTRICT JUDGE